IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SELASSIE ATOKLO, )<br>)<br>Plaintiff, )<br>)<br>)   Civil Action No. 3:25-1<br>v. )   Judge Nora Barry Fischer<br>)   Magistrate Judge Keith A. Pesto<br>LEONARD ODDO, )<br>)<br>Defendant. ) | |

## ORDER OF COURT

AND NOW, this 3rd day of February, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Keith A. Pesto dated June 30, 2025, (Docket No. 8), recommending that Petitioner Selassie Atoklo's § 2241 Petition be dismissed, without prejudice, for failure to prosecute and failure to comply with Court Orders, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), as Petitioner had failed to pay the necessary fees for the U.S. Marshal Service to effectuate service of his Petition on Respondents and that he was subsequently transferred to another facility in Charleston, West Virginia such that dismissal, without prejudice was appropriate, and ordering that any objections be filed within 14 days such that objections were due from non-ECF users by July 17, 2025, Petitioner's Objections filed on July 21, 2025 wherein he acknowledges that he has not paid the fees but claims that he is unaware of the costs due to the U.S. Marshal Service, (Docket No. 9), Petitioner having taken no further action since that time through the date of this Order, a period of more than 6 months, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and

Recommendation of June 30, 2025, (Docket No. 8), which is ADOPTED as the opinion of this Court, as supplemented herein,

IT IS HEREBY ORDERED that the Petition [4] is DISMISSED, without prejudice, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, and such facts are further buttressed by Petitioner's failure to pay the necessary fees to the U.S. Marshal Service through the date of this Order. The Court further notes that the ICE Detainee Locator indicates that Petitioner is no longer in ICE custody such that this Petition may also be dismissed, as moot. *See e.g.*, *Malik v. Warden Loretto FCI*, No. 23-2281, 2024 WL 3649570, at *2 (3d Cir. Aug. 5, 2024) dismissing § 2241 petition as moot as petitioner was released from BOP custody); *Constantine v. United States*, No. 1:23-CV-22, 2023 WL 6811999, at *2 (W.D. Pa. Aug. 28, 2023), *report and recommendation adopted,* No. CV 23-22, 2023 WL 6810862 (W.D. Pa. Oct. 16, 2023) ("Since the BOP released Petitioner from its custody, there is no longer any habeas relief that this Court can provide."); Bojang v. Pameal Bondi, et al., Civ. A. No. 3:24-152, Docket No. 38 (W.D. Pa. Sept. 26, 2025) (dismissing § 2241 petition challenging length of immigration custody, as moot, as petitioner had been deported);

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability");

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

                                      *s/ Nora Barry Fischer*
                                      Nora Barry Fischer
                                      Senior U.S. District Judge


cc/ecf: United States Magistrate Judge Keith A. Pesto

cc:     SELASSIE ATOKLO
       A214552239
       SOUTH CENTRAL REGIONAL JAIL AND CORRECTIONAL FACILITY
       1001 CENTRE WAY
       CHARLESTON, WV 25309
       (via first class mail)